

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00892-CR

**IN RE** Steven **SUMLIN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On November 26, 2018, relator filed a petition for writ of mandamus and a motion for an emergency stay. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for an emergency stay is also DENIED. This court's opinion will issue at a later date.

It is so **ORDERED** on December 4, 2018.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CR1545, styled *Ex parte Steven Charles Sumlin*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Dick Alcala presiding.